NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  EXPEDIA, INC.,**
*Petitioner*

---

2022-143

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:20-cv-00309-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the unopposed motion of Expedia, Inc. to voluntarily dismiss this petition,

IT IS ORDERED THAT:

2                                                    IN RE: EXPEDIA, INC.


The motion is granted to the extent that the petition is withdrawn.

FOR THE COURT

April 21, 2022                        /s/ Peter R. Marksteiner
       Date                            Peter R. Marksteiner
                                       Clerk of Court